IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Daveda Himes<br><br>        Plaintiff,<br><br>v.<br><br>Illinois Department of Human Services<br><br>        Defendant. | No. 1:22−cv−04490 |

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** Franklin Jara ("Mr. Jara"), counsel for Shanice Hamilton ("Plaintiff"), moving to withdraw as counsel pursuant to LR83.17. In support thereof, Mr. Jara states as follows:

1. Mr. Jara is one of Plaintiff's attorneys in this matter.

2. On June 28, 2023, Mr. Jara will be leaving Sulaiman Law Group, Ltd.

3. Plaintiff will continue to be represented by attorney Nathan C. Volheim.

**WHEREFORE**, Franklin Jara, respectfully requests the Court enter an order permitting Mr. Jara to withdraw as counsel of record for Plaintiff; and grant such other relief as this Court deems just and proper.

DATED: June 23, 2023                      Respectfully submitted,

                                                      */s/Franklin Jara, Esq.*
                                                      Franklin Jara, Esq.
                                                      Sulaiman Law Group, Ltd.
                                                      2500 South Highland Avenue, Suite 200
                                                      Lombard, Illinois 60148
                                                      (331) 272-8010
                                                      fjara@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      */s/ Franklin Jara, Esq.*
      Franklin Jara, Esq.